EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2014 TSPR 132 |
| | 192 DPR ____ |
| Héctor L. Ayala Vega | |

Número del Caso: TS-8043


Fecha: 5 de noviembre de 2014



Abogado de la Parte Peticionaria:

      Por derecho propio



Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor L. Ayala Vega

                             TS-8043

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de noviembre de 2014.

Examinada la "Moción de reinstalación" que presentó el Sr. Héctor L. Ayala Vega, se autoriza su reinstalación inmediata al ejercicio de la abogacía.

Además, se le ordena al señor Ayala Vega a que dentro de un término de veinte días, exponga formalmente su posición respecto a la sentencia del Tribunal de Apelaciones de 28 de febrero de 2014, en la que nos fue referida para investigación su conducta en el caso <u>Sparta Recycling Corp. V. Asociación Azucarera Coooperativa Lafayet</u>, KLAN201301567.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

                         Aida Ileana Oquendo Graulau
                       Secretaria del Tribunal Supremo